11 So.2d 173

**Carey REED v. STATE.**

6 Div. 894.

Court of Appeals of Alabama.
Dec. 15, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

8 So.2d 906

**David REED v. STATE.**

6 Div. 918.

Court of Appeals of Alabama.
May 19, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

1 So.2d 48

**Robert REID v. STATE.**

7 Div. 620.

Court of Appeals of Alabama.
Feb. 25, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

4 So.2d 925

**Will REID v. STATE.**

2 Div. 707.

Court of Appeals of Alabama.
Nov. 4, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed on motion of appellant.

11 So.2d 173

**Charles (alias C. W.) REYNOLDS v. STATE.**

4 Div. 718.

Court of Appeals of Alabama.
Nov. 10, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

3 So.2d 926

**Coleman REYNOLDS v. STATE.**

6 Div. 722.

Court of Appeals of Alabama.
May 20, 1941.

R. C. Price, of Tuscaloosa, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.